ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE (SB 320041)
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4400
 Fax:  (415) 703-5480
 E-mail:  Shiwon.Choe@doj.ca.gov
*Attorneys for Defendants Attorney General of
California Rob Bonta, President of the California
Medical Board Kristina D. Lawson, and Executive
Officer of the California Board of Registered
Nursing Loretta Melby, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE PALMER, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,**<br><br>Defendants. | Case No. 5:23-cv-01047-JGB-SP<br><br>**ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Courtroom:  Courtroom 1<br>Judge:  Hon. Jesus G. Bernal<br>Trial Date:  Not set<br>Action Filed: June 6, 2023 |

Pursuant to the Parties' stipulation and joint request and for good cause shown, the Court hereby continues the hearing on the Parties' cross-motions for summary judgment, ECF Nos. 51, 64, from August 11, 2025, to September 22, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  August 6, 2025

_____
THE HON. JESUS G. BERNAL
United States District Judge

1