JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE PALMER, HEATHER LEWIS, and RODOLFO JARAVATA HANSON,

    Plaintiffs,

vs.

ROB BONTA, ET AL.,

    Defendants.

Case 5:23-cv-1047-JGB-SP

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants Rob Bonta, Kristina Lawson, and Loretta Melby's (collectively, "Defendants") Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiffs' First Amended Complaint is **DISMISSED WITH PREJUDICE** as against all Defendants.
3. Judgment is **ENTERED** in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: September 19, 2025



Honorable Jesus G. Bernal
United States District Judge