## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Central District of California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 5:23-cv-01047-JGB-SP

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: June 6, 2023

Date of judgment or order you are appealing: September 19, 2025

Docket entry number of judgment or order you are appealing: 94, 95

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ◯ No    ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Jacqueline Palmer, Heather Lewis, and Rodolfo Jaravata Hanson

Is this a cross-appeal?  ◯ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:                State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Donna G. Matias    **Date** 9/30/25

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                              *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Jacqueline Palmer, Heather Lewis, and Rodolfo Jaravata Hanson |

Name(s) of counsel (if any):

| |
|---|
| Donna G. Matias and Caleb R. Trotter |

Address: 555 Capitol Mall, Suite 1290, Sacramento, CA 95814

Telephone number(s): 916-419-7111

Email(s): dmatias@pacificlegal.org; ctrotter@pacificlegal.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Rob Bonta; Kristina Lawson; and Loretta Melby in their official capacities |

Name(s) of counsel (if any):

| |
|---|
| Shiwon Choe |

Address: 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102

Telephone number(s): 415-510-4400

Email(s): shiwon.choe@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  *1*                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*